UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY GRIMES et al.,

Plaintiffs,

-against-

SONY MUSIC ENTERTAINMENT, INC. et al.,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__11/29/2021__

1:19-cv-10644-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that Eric Gray's motion to intervene [ECF Nos. 65, 66, 67, 70] is GRANTED.  IT IS FURTHER ORDERED that Defendants shall answer by December 14, 2021.  IT IS FURTHER ORDERED that the parties shall file a joint status letter and revised proposed Case Management Plan by December 28, 2021.

The Clerk of Court is respectfully directed to terminate the motions pending at docket entries 63, 65, 66, and 67.

**SO ORDERED.**

**Date:  November 29, 2021**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**