# VERNER SIMON

30 WALL STREET, 8TH FLOOR ▪ NEW YORK, NEW YORK 10005 ▪ (212) 502 5500 / (212) 502 5400 FAX

August 23, 2022

**VIA ECF**
Hon. Mary Kay Vyskocil
USDC, SDNY
500 Pearl Street, 18C
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/29/2022
```

Re: *Grimes v. Sony et al.*
Case No.: 19-cv-10644 (MKV)(RWL)

Dear Judge Vyskocil:

In accordance with your Orders of Dismissal (ECF##110 and 112), the parties were to file any motions to restore by August 22, 2022. The within request is made *nunc pro tunc*.

Counsel for the Plaintiffs, Kevon Glickman and I, both suffered deaths in our respective families last week. We had received the marked up Settlement Agreement from counsel for Sony on August 14th. The issues involved in settlement require internal meetings of the business affairs committees within Sony and a few new terms had been requested by Plaintiffs. I have assured all concerned that I will have the latest draft back to counsel in the next 24 hours.

I request a further extension of time to reinstate the matter until September 22, 2022 or for such reasonable time as the Court determines is required for the parties to fully document their settlement. I have conferred with Defendants' and Intervenor Plaintiff's counsel and they join in that request.

It is respectfully submitted an additional thirty (30) days appears to be required. Because your latest July 18 Order disposed of the matter unless reinstated, it is respectfully suggested that time to reinstate be extended accordingly.

Thank you for your time.

Very truly yours,
VERNER SIMON

PAUL VERNER

---

**Granted. SO ORDERED.** Application to restore by September 22, 2022. No further extensions to time to move to restore.

Date: August 29, 2022
New York, New York

Mary Kay Vyskocil
United States District Judge